**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff-Appellee,* | No. 12-30177 |
| v. | D.C. No. 1:11-cr-00070-JDS-1 |
| MICHAEL BRYANT, JR., *Defendant-Appellant.* | ORDER |

Filed August 3, 2016

Before: Harry Pregerson, Richard A. Paez,
and Paul J. Watford, Circuit Judges.

**ORDER**

In light of the Supreme Court's opinion and judgment in *United States v. Bryant*, No. 15-420, 136 S. Ct. 1954 (2016), the district court's order denying Bryant's motion to dismiss the indictment is **AFFIRMED.**

Upon the filing of this order, the mandate shall issue forthwith.